IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00008-CR-W-HFS |
| DERRON NEVELS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on August 10, 2020, and Magistrate Judge John T. Maughmer considered the forensic evaluation prepared in the psychological or psychiatric report of Dr. Greenstein in which he concluded that the defendant is competent to understand the nature and consequence of the proceedings against him and to properly assist in his defense. "which is a volitional production of feigned symptoms which do not require clinical intervention."

After making an independent review of the record and the applicable law, Judge Maughmer determined that the defendant was not currently suffering from

a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Maughmer concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 61) are ADOPTED by the undersigned.

    s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: August 27, 2020
Kansas City, Missouri